**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western (San Antonio) District of Texas
(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | AAF Properties, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | __ __ - __ __ __ __ __ __ __ |

4. **Debtor's address**

**Principal place of business**

| | |
|---|---|
| 4525 | Macro |
| Number | Street |

| | | |
|---|---|---|
| San Antonio | TX | 78218 |
| City | State | ZIP Code |

| |
|---|
| Bexar |
| County |

**Mailing address, if different from principal place of business**

| | |
|---|---|
| Number | Street |

P.O. Box

| | | |
|---|---|---|
| City | State | ZIP Code |

**Location of principal assets, if different from principal place of business**

| | |
|---|---|
| Number | Street |

| | | |
|---|---|---|
| City | State | ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://aaf.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | AAF Properties, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

7112 Spectator Sports

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  See Schedule 1　　　　　　　Relationship  Affiliate

　　District  Western District of Texas (San Antonio)　When  04/17/2019
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　Case number, if known _____

---

| Debtor | AAF Properties, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | AAF Players, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☑ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 / 16 / 2019
          MM / DD / YYYY

✗ _____          Kevin Farrell
Signature of authorized representative of debtor          Printed name

Title Authorized Signatory

**18. Signature of attorney**

✗ /s/ William A. (Trey) Wood III          Date  04 / 16 / 2019
Signature of attorney for debtor                     MM / DD / YYYY

William A. (Trey) Wood III
Printed name
Bracewell LLP
Firm name
711          Louisiana Street, Suite 2300
Number     Street
Houston                                    TX          77002
City                                       State       ZIP Code

(713) 222-3055                             Trey.Wood@bracewell.com
Contact phone                              Email address

21916050                                   TX
Bar number                                 State

SCHEDULE 1

<u>Bankruptcy Cases Filed by the Debtor and Its Affiliates</u>

As of the date of this filing, each of the entities listed below filed a petition in this Court

for relief under chapter 7 of title 11 of the United States Code.

- AAF Players, LLC
- AAF Properties, LLC
- Ebersol Sports Media Group, Inc.
- Legendary Field Exhibitions, LLC
- LFE 2, LLC
- We Are Realtime, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| Legendary Field Exhibitions, LLC, *et al.*, | Case No. |
| Debtors.[1] | |

## CORPORATE OWNERSHIP STATEMENT OF
## AAF PROPERTIES, LLC

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of AAF Properties, LLC's equity interests.[2]

| Shareholder |
|---|
| Ebersol Sports Media Group, Inc. |
| Teddy Bright Pictures, Inc. |
| FO2 LLC |

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 7 cases are: Legendary Field Exhibitions, LLC; AAF Players, LLC; AAF Properties, LLC; Ebersol Sports Media Group, Inc.; LFE 2, LLC; and We Are Realtime, LLC. The Debtors' main corporate and mailing address for purposes of these chapter 7 cases is: 4525 Macro, San Antonio, TX 78218.

[2] On February 14, 2019, Dundon Capital Partners LLC acquired the right to 75% senior ownership and control in Ebersol Sports Media Group, Inc., the Debtor's ultimate parent. The form of such capital security to be defined in definitive documentation at the sole discretion of Dundon Capital Partners LLC, but in all events senior to any other existing capital securities of Ebersol Sports Media Group, Inc. Such definitive documentation was not completed prior to filing.

Respectfully Submitted,

**BRACEWELL LLP**

*/s/ William A. (Trey) Wood III*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bracewell.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 222-3055
Facsimile: (713) 221-1212

*Counsel For Debtors*

2

# WRITTEN CONSENT

## OF THE

### MANAGER AND SOLE MEMBER

### OF

### AAF PROPERTIES, LLC

The undersigned, being the sole member and the duly appointed manager of AAF Properties, LLC, a Delaware limited liability company (the "Company"), and, being entitled to vote upon the approval of the resolutions attached hereto as Exhibit A (the "Resolutions"), hereby consent to the adoption of the Resolutions without a meeting of the sole member or the manager of the Company to have the same force and effect as if approved by at a formal meeting of the Company duly called and held for the purpose of approving the Resolutions.

IN WITNESS WHEREOF, the undersigned have executed this written consent to be effective as of the first date on which it has been executed by the sole member and the manager.

**MANAGER**

_____     Date: 4/16/2019
Charles Ebersol

**SOLE MEMBER**

**Ebersol Sports Media Group, Inc.**

_____     Date: 4/16/2019
Charles Ebersol
Chief Executive Officer

#5910148

## Exhibit A

**RESOLUTIONS OF THE SOLE MEMBER AND MANAGER OF
AAF PROPERTIES, LLC**

April 16, 2019

**CHAPTER 7 FILING**

WHEREAS, each of the sole member (the "Member") and the manager (the "Manager") of AAF Properties, LLC (the "Company") has reviewed and discussed the financial and operational condition of the Company and the Company's business on the date hereof, including the current and historical performance of the Company, the assets and liquidity of the Company, the current long-term liabilities of the Company, the market for the Company's services, and credit market conditions; and

WHEREAS, the Member and the Manager have received, reviewed, and discussed the recommendations of senior management of the Company and the Company's legal, financial, and other advisors as to the relative risks and benefits of the strategic alternatives available to the Company, including pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, after review and discussion and due consideration of all of the information presented to the Member and the Manager, the Member and the Manager deem it advisable and in the best interests of the Company, including without limitation, its creditors, employees, and other investors, stakeholders and other interested parties, for the Company to file a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

NOW, THEREFORE, BE IT, RESOLVED, that in the judgment of the Member and the Manager, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, the "Chapter 7 Case") under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas or another court of proper jurisdiction (the "Bankruptcy Court"); and

RESOLVED, that Charles Ebersol, and Kevin Farrell, the Head of Corporate Operations (the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

**RETENTION OF PROFESSIONALS**

RESOLVED, that the Authorized Signatories be, and each hereby is, authorized and directed to employ the law firm of Bracewell LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to

-2-

#5910148

advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Bracewell LLP; and

RESOLVED, that the Authorized Signatories be, and each hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

RESOLVED, that the Authorized Signatories be, and each hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Signatory deems necessary, proper, or desirable in connection with the Company's Chapter 7 case, with a view to the successful prosecution of such case; and

**GENERAL**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, the Authorized Signatories (and their designees and delegates) be, and each hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such signatory's or signatories' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

RESOLVED, that the Member and the Manager have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Member and the Manager; and

RESOLVED, that the Authorized Signatories (and their designees and delegates) be, and each hereby is, authorized and empowered to take all actions or to not take any action in the name of

#5910148

the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, or managing member of each direct subsidiary of the Company, in each case, as the Authorized Signatory shall deem necessary or desirable in the Authorized Signatory's reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

***

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| In re | Chapter 7 |
| Legendary Field Exhibitions, LLC, *et al.*, | Case No. |
| Debtors.[1] | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

Ebersol Sports Media Group, Inc. ("***ESMG***") and its affiliated debtors (collectively, the ***"Debtors"***) are filing their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***," and together with the Schedules, the "***Schedules and Statements***") with the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "***Bankruptcy Court***").

The Schedules and Statements were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") by management of the Debtors with unaudited information available as of the Petition Dates.

The Debtors' management prepared the Schedules and Statements with the assistance of their financial and legal advisors. The Schedules and Statements are unaudited. The Debtors' management and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information, the Debtors shall not be required to update the Schedules and Statements. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of

---

[1] The Debtors in these chapter 7 cases are: Legendary Field Exhibitions, LLC; AAF Players, LLC; AAF Properties, LLC; Ebersol Sports Media Group, Inc; LFE 2, LLC; and We are Realtime, LLC. The Debtors' main corporate and mailing address for purposes of these chapter 7 cases is: 4525 Macro, San Antonio, TX 78218.

rights with respect to these Chapter 7 Cases, including to issues involving substantive consolidation, equitable subordination, and causes of action arising under provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") relate to each Debtor's Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. These Global Notes comprise an integral part of all of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

**The Schedules and Statements should not be relied upon by any person for information relating to current or future financial conditions, events or performance of any of the Debtors. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules and Statements likely significantly understate the Debtors' liabilities.** The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized.

In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Kevin Farrell, Head of Corporate Operations, has signed each of the Schedules and Statements. Mr. Farrell is an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Farrell necessarily has relied upon the efforts, statements, and representations of various personnel involved in the Debtors' businesses and their advisors. Mr. Farrell has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representation concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.      **Consolidation of Books and Records**. The Debtors' books and records have been maintained only on a consolidated basis since inception rather than on a legal entity basis.  As such, the Schedules and Statements have been prepared on a "best efforts" basis to list assets for each legal entity based on the Debtors' business operations.

2.      **Net Book Value of Assets**.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations for all of the Debtors' property interests. Unless otherwise stated, the Schedules and Statements reflect net book values as of January 31, 2019, the date that the most recent financial statements were completed.  Due to the timing of the preparation of these Schedules and Statements, the Debtors' financials as of the Petition Date are not yet available.  Where more recent data is available, the Debtors have endeavored to reflect this information in the Schedules and Statements.  The book values of certain assets may materially differ from their fair market values.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the current price environment and may differ materially from the actual value and/or performance of the underlying assets.

3.      **Liabilities**.  The liability information provided herein represents the estimated liability data of the Debtors as of the Petition Date, except as otherwise noted.  Amounts presented herein are based on the Debtors' reasonable efforts to determine amounts owed to creditors as of the Petition Date.  Amounts owed to vendors for certain goods in transit which have not yet been received at the Debtors' facilities or services provided for which invoices have not been received as of April 11, 2019, may be understated due to lack of sufficient information.

Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

4.    **Leases**. In the ordinary course of their businesses, the Debtors lease facilities from certain third-party lessors for use in their daily operations. Any such leases are set forth in Schedule G. The property subject to any of such leases is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Neither is the property subject to any such leases reflected in the Statements as property or assets of third-parties within the control of a Debtor. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such issues.

5.    **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements or the Global Notes shall constitute a waiver of rights with respect to the Chapter 7 Cases, including, but not limited to, issues involving substantive consolidation, equitable subordination, characterization or re-characterization of contracts, assumption or rejection of executory contracts under the provisions of chapter 3 of the Bankruptcy Code and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any applicable non-bankruptcy laws to recover assets or avoid transfers.

(a)    Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules and Statements as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

(b)     Listing a claim on the Schedules and Statements as "secured" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to reclassify such claim or contract. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.   The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

(c)     Listing a claim on the Schedules and Statements as "unsecured priority" does not constitute an admission by the Debtors of the legal rights of the claimant. The Debtors hereby expressly reserve the right to assert that any claim listed as unsecured priority does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code and thus constitutes an unsecured nonpriority claim.

(d)     The Debtors' businesses are part of a complex enterprise.  Although the Debtors have made every effort to ensure the accuracy of their Schedules and Statements, inadvertent errors, omissions or inclusion may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on the Schedules and Statements and to amend further or supplement the Schedules and Statements as necessary.

(e)     The Debtors further reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument related to a creditor's claim.

(f)     Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.  In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom

may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed and/or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule F and Statement 7, as applicable. It is possible that certain guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules and Statements to the extent additional guaranties are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements and to recharacterize or reclassify any such contract or claim, whether by amending the Schedules and Statements or in another appropriate filing.

(g)  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(h)  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. The placing of a contract or lease onto the Debtors' Schedules shall not be deemed an admission that such contract is an executory contract

or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.  The Debtors hereby expressly reserve the right to assert that any contract listed on the Debtors' Schedules does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code.

(i)     Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

6.      **Excluded Assets and Liabilities**. The Debtors have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

7.      **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.      **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

(a)     Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(b)     Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(c)  Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

9.  **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

10.  **Confidential Information**.  In order to maintain the privacy of their employees and customers, the Debtors have deemed it necessary and appropriate to redact address information for individuals for purposes of public filings.  Unredacted versions of the document have been made available to the Bankruptcy Court and the United States Trustee.

11.  **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B.3**. The bank account balances listed are as of the Petition Date.

**Schedule A/B. 6-9**.  In the books and records of the Debtors, deposits and prepaids are included in one trial balance amount.  Specific detail regarding counterparties has been identified where available.  Due to the consolidation of the Debtors' financial records, all items have been listed as assets of Debtor Legendary Field Exhibitions, LLC (**"LFE"**).  Amounts presented are as of the date of the Debtors' most recently completed financial statements.  However, given the timing difference between the financial statements and the Petition Date, it is likely that many of the prepaid assets and security deposits have been utilized or otherwise applied against outstanding payables and therefore values provided herein may be overstated.

**Schedule A/B.11**.  Accounts receivable are presented based on book value as of April 9, 2019.  Such accounts receivable have not been adjusted to reflect any counterclaims or set-offs that customers may assert based on breach of contract or other disputes.

**Schedule A/B.39 - 41**. A full detailed listing of the Debtors' furniture, fixtures and equipment owned by the Debtors as of the Petition Date was not available at the time the Schedules were prepared.  A listing of those assets that were listed on the Debtors' books and records as of the date that the last financial statements were prepared has been provided as an exhibit for Debtor LFE.  As of the Petition Date, certain items may have been in transit from other corporate locations to the central storage facility located in San Antonio, TX.

**Schedule A/B.50**.  A detailed listing of the Debtors' video production and other equipment was not available at the time that the Schedules were prepared.  As of the Petition Date, certain items may have been in transit from other corporate locations to the central storage facility located in San Antonio, TX.

**Schedule A/B.60 - 64**.  The Debtors have used reasonable efforts to report trademarks, patents and intellectual property that are assets of the Debtors.  However, much of the information surrounding the Debtors' intellectual property resides with Morgan Lewis & Bockius LLP (**"Morgan Lewis"**), the Debtors' former legal advisor.  This information has been requested from Morgan Lewis, but had not been received as of the date that the Schedules and Statements were prepared.  Further, without this information it is unclear as to ownership of trademarks and certain other IP between ESMG, LFE and AAF Properties, LLC.  As such, out of an abundance of caution these assets have been listed for each of the Debtors. Licensing agreements have been reflected on the Debtors' Schedule G, and not presented separately on Schedule A/B as reasonable estimates of value are not available.

**Schedule D**.  The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**Schedule E/F**.  The Debtors have listed all known taxing authorities for each Debtor.  These tax claims are, or may in the future be subject to audits, and the Debtors are unable to determine with certainty the amount of the tax claims listed on Schedule E/F.  In addition, there may be other contingent, unliquidated claims from state and local taxing authorities, not all of which are listed.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. Amounts presented herein are based on the Debtors' best efforts to determine amounts owed to creditors as of the Petition Date.  Amounts owed to vendors for certain goods in transit which have not yet been received at the Debtors' facilities, or for services provided where invoices have not been received, may be understated due to lack of sufficient information.  Further, a substantial portion of the Debtors business was transacted through vendors directly charging the Debtors' corporate credit cards.  Such amounts which may be owed are not included in the Debtors' current accounts payable reports.

**Schedule G**. The Debtors have used reasonable efforts to report all executory contracts of the Debtors. However, much of the information surrounding the Debtors' contracts resides with Morgan Lewis. This information has been requested from Morgan Lewis, but had not been received as of the date that the Schedules and Statements were prepared.

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. Despite best efforts, in some instances, the Debtors may not have been able to identify which Debtor entity is party to a particular contract. Any such contracts have been listed in Schedule G for LFE. Contracts reflected on Schedule G do not reflect the impact of any counterparty's assertion of termination due to breach of contract or cessation of operations. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is or is not an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contract or agreement listed on Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.

Certain of the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Schedule H.**   The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or any scheduled guarantees are discovered to have expired or be unenforceable.  In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed and/or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule F and Statement 7, as applicable.

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement 3**. In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.  Transactions listed on Statement 3 have been derived from certain reports generated from the Debtors' banking and online bill payment systems that were the best information available as of the date of this report.  For several payment instances, information relating to the payment party is generic and was unable to be identified to a specific counterparty. Such payments have been listed with as much information as was available in the banking reports.  In certain instances, interbank transfers may have inadvertently been listed.

As previously described, the Debtors' books and records are kept on a consolidated basis.  The only Debtor entities with bank accounts are ESMG and LFE.  Payments, such as payroll, which may have benefitted other Debtor entities were not tracked separately as intercompany receivables/payables.   As such, payments listed in Statement 3 have been listed only by the payor entity.

**Statement 4**.  Directors and officers listed as transferees in Statement 4 may be (i) directors or officers of ESMG and another Debtor or non-Debtor affiliate.  Any payments or other transfers of property made within 1 year before the Petition Date to such directors and officers have only been listed by LFE as the payor entity.  Such payments have not been duplicated for each Debtor entity a director or officer served or may have served. Statement 4 does not include payments made to certain employee benefit providers in the ordinary course for the benefit of employee insiders.

**Statement 7**.  The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the

Debtors were involved in any capacity within one year before the Petition Date.  However, much of the information surrounding the Debtors' legal affairs resides with Morgan Lewis.  This information has been requested from Morgan Lewis, but had not been received as of the date that the Schedules and Statements were prepared.

**Statement 10**.  Amounts listed herein were for events that were reported and/or tracked for insurance purposes.  De minimis losses are not separately tracked by the Debtors and were not included on Statement 10.

**Statement 11**. All disbursements listed in Statement 11 were initiated and disbursed by ESMG, but were for the benefit of all Debtors.  Such payments have been listed only at ESMG and not duplicated across all Debtors.

**Statement 20**. As of the Petition Date, the Debtors' furniture, fixtures, production and operating equipment were either located in or being transported to the central storage location in San Antonio, TX.

**Statement 26d**. Over the prior two years, the Debtors have provided their financial statements to various parties, including potential lenders, investors, vendors, government entities and other interested parties.  No efforts were made to keep records of parties provided with this information.

**Statement 30**. Any and all known disbursements to insiders of the Debtors, as defined above, have been listed in the response to SOFA 4. The items listed under SOFA 30 incorporate by reference any items listed under SOFA 4, and vice versa.

**Fill in this information to identify the case:**

Debtor name ___ AAF Properties, LLC _____

United States Bankruptcy Court for the: __Western_____ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................

   $ N/A

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................

   $ Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................

   $ Unknown

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................

   $ $7,000,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................

   $ N/A

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................

   + $ Unknown

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b

   $ 7,000,000.00

---

**Fill in this information to identify the case:**

Debtor name ___AAF Properties, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm) / Type of account / Last 4 digits of account number

   3.1. _____ / _____ / ____ ____ ____ ____ — $_____
   3.2. _____ / _____ / ____ ____ ____ ____ — $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ — $_____
   4.2. _____ — $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $_____

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ — $_____
   7.2. _____ — $_____

Debtor    AAF Properties, LLC
       Name
                                                                  Case number *(if known)*_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.       $_____

---

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11.  **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $_____
                       face amount            doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
                       face amount            doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____

---

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                             % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17.  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $_____

---

Debtor AAF Properties, LLC

Name

Case number (if known)

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  AAF Properties, LLC
      Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  AAF Properties, LLC
    Name

Case number (if known)_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor _____AAF Properties, LLC_____     Case number *(if known)*_____
       Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

  ☑ No. Go to Part 10.

  ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                                       $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☐ No

  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Schedule A/B: Part 10: Questions 60-65 | $_____ | _____ | $ Unknown |
| 61. **Internet domain names and websites**<br>See Schedule A/B: Part 10: Questions 60-65 | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>See Schedule A/B: Part 10: Questions 60-65 | $_____ | _____ | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>See Schedule A/B: Part 10: Questions 60-65 | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>See Schedule A/B: Part 10: Questions 60-65 | $_____ | _____ | $ Unknown |
| 65. **Goodwill**<br>See Schedule A/B: Part 10: Questions 60-65 | $_____ | _____ | $ Unknown |

66. **Total of Part 10.**

  Add lines 60 through 65. Copy the total to line 89.

                                                                        $ Unknown

Debtor    AAF Properties, LLC
      Name

Case number *(if known)*_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

N/A

N/A — N/A = ➜ $ N/A

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| N/A | Tax year N/A | $ N/A |
| N/A | Tax year N/A | $ N/A |
| N/A | Tax year N/A | $ N/A |

73. **Interests in insurance policies or annuities**

See Schedule A/B: Part 11, Question 73 - Interests in Insurance policies or annuities

$ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

N/A

$ N/A

Nature of claim    N/A

Amount requested    $ N/A

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

N/A

$ N/A

Nature of claim    N/A

Amount requested    $ N/A

76. **Trusts, equitable or future interests in property**

N/A

$ N/A

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

N/A

$ N/A

N/A

$ N/A

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ Unknown

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Debtor _____AAF Properties, LLC_____     Case number *(if known)*_____
      Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ Unknown | + 91b. $ Unknown |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. Unknown ....................................................................... $ Unknown

In re AAF Properties
Case No.
Schedule A/B: Part 10: Questions 60-65 - Intangibles and intellectual property

| Debtor Name | General Description of Property | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| AAF Properties LLC | Trademark | A Logo - Australia - A0075374 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - Australia - A0075372 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE - Australia - A0075370 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - Australia - A0075371 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - Australia - A0075373 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - Australia - A0075375 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | A Logo - Canada - 1898132 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - Canada - 1898129 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE - Canada - 1898127 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - Canada - 1898128 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - Canada - 1898130 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ARIZONA HOT SHOTS - Canada - 1925776 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Arizona Primary Logo - Canada - 1925874 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ATLANTA LEGENDS - Canada - 1925775 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Atlanta Primary Logo - Canada - 1925872 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | BIRMINGHAM IRON - Canada - 1925774 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Birmingham Primary Logo - Canada - 1925869 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | MEMPHIS EXPRESS - Canada - 1925773 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Memphis Primary Logo - Canada - 1925868 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ORLANDO APOLLOS - Canada - 1925772 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Orlando Primary Logo - Canada - 1925780 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SALT LAKE STALLIONS - Canada - 1925771 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Salt Lake Primary Logo - Canada - 1925779 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SAN ANTONIO COMMANDERS - Canada - 1925769 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | San Antonio Primary Logo - Canada - 1926506 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SAN DIEGO FLEET - Canada 1925770 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | San Diego Primary Logo - Canada - 1925777 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - Canada - 1898131 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | A Logo - China - A0075374 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - China - A0075372 | Unknown | | Unknown |

In re AAF Properties
Case No.
Schedule A/B: Part 10: Questions 60-65 - Intangibles and intellectual property

| Debtor Name | General Description of Property | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| AAF Properties LLC | Trademark | ALLIANCE - China - A0075370 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - China - A0075371 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - China - A0075373 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - China - A0075375 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | A Logo - EU - A0075374 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - EU - A0075372 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE - EU - 1428325 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - EU - A0075371 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - EU - A0075373 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - EU - A0075375 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | A Logo - India - A0075374 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - India - A0075372 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE - India - A0075370 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - India - A0075371 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - India - A0075373 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - India - A0075375 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | A Logo - Japan - A0075374 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - Japan - A0075372 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE - Japan - A0075370 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - Japan - A0075371 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - Japan - A0075373 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - Japan - A0075375 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | A Logo - Mexico - A0075374 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - Mexico - A0075372 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE - Mexico - A0075370 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - Mexico - A0075371 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - Mexico - A0075373 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - Mexico - A0075375 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - USA - 87799542 | Unknown | | Unknown |

In re AAF Properties
Case No.
Schedule A/B: Part 10: Questions 60-65 - Intangibles and intellectual property

| Debtor Name | General Description of Property | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| AAF Properties LLC | Trademark | ALLIANCE - USA - 87799528 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - USA - 87799536 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - USA - 87799550 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ARIZONA HOT SHOTS - USA - 88125840 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ARIZONA HOTSHOTS Stylized (A&Z) - USA - 88126028 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ATL Stylized - USA - 88122462 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ATLANTA LEGENDS - USA - 88122412 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ATLANTA LEGENDS Stylized - USA - 88122437 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | BIRMINGHAM IRON - USA - 88122416 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | BIRMINGHAM Stylized - USA - 88122446 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | CAN'T STOP GREATNESS - USA - 88145307 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Design (horse head) - USA - 88126082 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Design (shield and sword) - USA - 88126015 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Design (ship inside shield) - USA - 88126089 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | FANCHISE - USA - 87924465 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | LEGENDS Stylized - USA - 88122523 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Logo - USA - 87799560 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | MEMPHIS EXPRESS - USA - 88122419 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | MEMPHIS EXPRESS Stylized - USA - 88122450 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ORLANDO APOLLOS - USA - 88122424 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ORLANDO APOLLOS Stylized - USA - 88122456 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | PLAYR and Design - USA - 88122387 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SALT LAKE STALLIONS - USA - 88125828 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SALT LAKE STALLIONS Stylized - USA - 88126062 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SAN ANTONIO COMMANDERS - USA - 88125795 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SAN ANTONIO COMMANDERS Stylized - USA - 88125999 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SAN DIEGO FLEET - USA - 88125816 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | SAN DIEGO FLEET Stylized - USA - 88126069 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "A" (crown) - USA - 88122469 | Unknown | | Unknown |

In re AAF Properties
Case No.
Schedule A/B: Part 10: Questions 60-65 - Intangibles and intellectual property

| Debtor Name | General Description of Property | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| AAF Properties LLC | Trademark | Stylized "A" & "Z" (circle) - USA - 88126034 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "A" & "Z" (crossed axes) - USA - 88126055 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "A" & "Z" (shield) - USA - 88126047 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "B" & "I" (interwoven) - USA - 88122478 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "B" (football) - USA - 88122533 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "E" (airplane) - USA - 88122540 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "M" (football line) - USA - 88122484 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | Stylized "O" (person with bow-arrow) - USA - 88122550 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - USA - 87801104 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | A Logo - WIPO - 1428364 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | AAF - WIPO - 1428296 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE - WIPO - 1428325 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE AF - WIPO - A0075371 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | ALLIANCE OF AMERICAN FOOTBALL - WIPO - 1428334 | Unknown | | Unknown |
| AAF Properties LLC | Trademark | THEAAF - WIPO - A0075375 | Unknown | | Unknown |
| AAF Properties LLC | Internet domain names and websites | | Unknown | | Unknown |
| AAF Properties LLC | Mobile gaming and technology platforms | | Unknown | | Unknown |
| AAF Properties LLC | Miscellaneous other patents and intellectual property | | Unknown | | Unknown |

In re AAF Properties LLC

Case No.

Schedule A/B: Part 11, Question 73 – Interests in insurance policies or annuities

| Debtor Name | Description | Current Value of Debtor's Interest |
|---|---|---|
| AAF Properties LLC | Commercial Property | Unknown |
| AAF Properties LLC | Inland Marine | Unknown |
| AAF Properties LLC | General Liability Incl. Hired & Non-Owned Auto | Unknown |
| AAF Properties LLC | Primary Excess Liability - $10m xs Primary | Unknown |
| AAF Properties LLC | Excess Liability - 1st Layer - $15M xs $10M | Unknown |
| AAF Properties LLC | Excess Liability - 2nd Layer - $25M xs $25M | Unknown |
| AAF Properties LLC | Participant Accident Coverage (Youth Camps) | Unknown |
| AAF Properties LLC | Cyber Liability / Tech E&O - $5M | Unknown |
| AAF Properties LLC | Non-Owned Aircraft /Unmanned Aircraft Liability | Unknown |
| AAF Properties LLC | Directors & Officers - $1M xs $1M | Unknown |
| AAF Properties LLC | Directors & Officers - $3M xs $2M | Unknown |
| AAF Properties LLC | Employment Practices - $1M | Unknown |
| AAF Properties LLC | Excess Employment Practices - $1M xs $1M | Unknown |
| AAF Properties LLC | Fiduciary Liability - $1M | Unknown |
| AAF Properties LLC | Excess Fiduciary - $1M xs $1M | Unknown |
| AAF Properties LLC | Commercial Crime - $2M | Unknown |
| AAF Properties LLC | Allied Healthcare | Unknown |

---

**Fill in this information to identify the case:**

Debtor name ___AAF Properties, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

---

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>MGM Resorts International Operations, Inc. | Describe debtor's property that is subject to a lien<br>Security interest in all Intellectual Property | $ 7,000,000.00 | $ Unknown |

**Creditor's mailing address**

ATTN: Scott Butera, President Interactive Gaming 3600

Las Vegas Blvd. South, Las Vegas, NV 89109

**Describe the lien**
Security interest in all Intellectual Property

**Creditor's email address, if known**

Unknown

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred** Unknown

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

_____

| **2.2** Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
   - ☐ No. Specify each creditor, including this creditor, and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

   _____

   - ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 7,000,000.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | AAF Properties, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____VHC Properties, Ltd._____  Case number (if known) _____
       Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
MGM Resorts International Operations, Inc.

ATTN: Scott Butera, President Interactive Gaming

3600 Las Vegas Blvd. South, Las Vegas, NV 89109

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Notes Payable (Deficiency Claim)

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$ 7,000,000.00

**3.2**
Nonpriority creditor's name and mailing address
Colton Schmidt

516 Red River Dr

Paso Robles, CA 93446

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

**3.3**
Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.4**
Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.5**
Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.6**
Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

AAF Properties, LLC
Name
Case Number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ | Unknown |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | Unknown |

**Fill in this information to identify the case:**

Debtor name __AAF Properties, LLC__

United States Bankruptcy Court for the: __Western__     District of __Texas__
(State)

Case number (If known): _____     Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | IP License and Escrow Agreement | MGM Resorts International Operations, Inc. |
| | | | 6385 S. Rainbow Blvd, Ste 500 |
| | | | Las Vegas, NV 89118 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __AAF Properties, LLC__

United States Bankruptcy Court for the: __Western__   District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Ebersol Sports Media Group, Inc. | 4525 Macro St. <br> Street <br><br> San Antonio   TX   78218 <br> City   State   ZIP Code | MGM Resorts International Operations, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Legendary Field Exhibitions, LLC | 4525 Macro St. <br> Street <br><br> San Antonio   TX   78218 <br> City   State   ZIP Code | MGM Resorts International Operations, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 AAF Players, LLC | 4525 Macro St. <br> Street <br><br> San Antonio   TX   78218 <br> City   State   ZIP Code | MGM Resorts International Operations, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>AAF Properties, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western (San Antonio) District of Texas <br><em>(State)</em></td></tr>
<tr><td>Case number <em>(If known)</em>:</td><td></td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/16/2019          x _____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

Kevin Farrell
Printed name

Authorized Signatory
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name _____ AAF Properties, LLC

United States Bankruptcy Court for the: _____ Western _____ District of _____ Texas
_(State)_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. _Non-business income_ may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |

Debtor    AAF Properties, LLC
          _____    Case number (if known)_____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br><br><br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |

Debtor    AAF Properties, LLC
_____    Case number *(if known)*_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City        State      ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City        State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City        State      ZIP Code | | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Colton Schmidt et al vs. AAF Players LLC, et al | Class Action - Employment, Fraud & Contract | San Francisco County Superior Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | CGC-19-575169 | | | |
| | | | City        State      ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | Name | ☐ Concluded |
| | | | Street | |
| | | | City        State      ZIP Code | |

Debtor    AAF Properties, LLC
_____
          Name

Case number (if known)_____

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| City          State          ZIP Code | **Case number** | Street |
| | _____ | |
| | | City      State      ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

Debtor ___AAF Properties, LLC_____     Case number *(if known)*_____
      <sub>Name</sub>

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | <sub>Street</sub> | | | |
| | _____ | | | |
| | <sub>City</sub>            <sub>State</sub>    <sub>ZIP Code</sub> | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | <sub>Street</sub> | | | |
| | _____ | | | |
| | <sub>City</sub>            <sub>State</sub>    <sub>ZIP Code</sub> | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor _____AAF Properties, LLC_____     Case number *(if known)*_____
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |

| Debtor | AAF Properties, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City  State  ZIP Code | _____ _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | _____ _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City  State  ZIP Code | _____ _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No
    ☐ Yes

Debtor     AAF Properties, LLC
           _____     Case number *(if known)*_____
           Name

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | AAF Properties, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City        State        ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor ___AAF Properties, LLC_____     Case number (if known)_____
      Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City　　　　State　　ZIP Code | City　　　　State　　ZIP Code | | |

---

**Part 13:**     **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____  To _____ |
| | Street | | |
| | City　　　　State　　ZIP Code | | |
| 25.2. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____  To _____ |
| | Street | | |
| | City　　　　State　　ZIP Code | | |
| 25.3. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____  To _____ |
| | Street | | |
| | City　　　　State　　ZIP Code | | |

Debtor   AAF Properties, LLC _____   Case number (if known)_____
         Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. KongBasileConsulting, LLC<br>Name<br><br>Street<br>1610 Eucalyptus Drive<br><br>San Francisco   CA   94132<br>City   State   ZIP Code | From 03/01/18  To Current |

| Name and address | Dates of service |
|---|---|
| 26a.2. CliftonLarsonAllen LLP<br>Name<br>P.O. Box 740863<br>Street<br><br>Atlanta   GA   30374-0863<br>City   State   ZIP Code | From 11/12/18  To Current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City   State   ZIP Code | From _____  To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name<br><br>Street<br><br>City   State   ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jane LeFevre<br>Name<br>2937 Union St.<br>Street<br><br>Clearwater   FL   33759<br>City   State   ZIP Code | N/A |

---

Debtor   AAF Properties, LLC

Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City    State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City    State    ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City    State    ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City    State    ZIP Code |

Debtor      AAF Properties, LLC
_____        Case number *(if known)*_____
            Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | | |

27.2. _____
      Name
      _____
      Street
      _____
      City                          State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Ebersol | 10866 Wilshire Blvd. Suite 300 Los Angeles, CA 90024 | Manager | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

[✓] No
[ ] Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

[✓] No
[ ] Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name | _____ | _____ | _____ |
| _____ <br> Street | | _____ | |
| _____ <br> City          State      ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor **AAF Properties, LLC**
_____
Name

Case number (if known)_____

| | Name and address of recipient |
|---|---|
| 30.2 | |
| | Name |
| | |
| | Street |
| | |
| | |
| | City                    State          ZIP Code |
| | |
| | **Relationship to debtor** |
| | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Ebersol Sports Media Group, Inc. | EIN: 82 - 3264796 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/16/2019
        MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name Kevin Farrell

Position or relationship to debtor **Authorized Signatory**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes